# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY R. BENZEL,** | ) | **CASE NO. 4:05CV3264** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF RECUSAL** |
| | ) | |
| **ROBERT HOUSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion To Recuse (Filing No. 15). The Defendant requests that the undersigned judge recuse from this case. 28 U.S.C. 455(a) states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS ORDERED that Defendant's Motion to Recuse (Filing No. 15) is granted.

DATED this 18th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge