IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY R. BENZEL, | ) |
| Plaintiff, | ) 4:05CV3264 |
| v. | ) |
| ROBERT HOUSTON, | ) REASSIGNMENT ORDER |
| Defendant. | ) |

Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 18) in the above matter,

IT IS ORDERED that the Motion for Reassignment (Filing No. 17) is granted. This case is reassigned to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 21st day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge