IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY R. BENZEL, ) | |
| ) | 4:05CV3264 |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT HOUSTON, ) | |
| ) | |
| Respondent. ) | |

    This matter is before the court on filing no. 24, the motion for an extension of time, filed by the petitioner. The petitioner requests an extension of time in which to reply to the state court records filed by the respondent. Upon review of the record, I will grant the motion, and the petitioner shall have until April 13, 2006 to file his response.

    SO ORDERED.

    DATED this 17th day of March, 2006.

                                                      BY THE COURT:

                                                      S/F.A. GOSSETT
                                                      United States Magistrate Judge