IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY R. BENZEL, | ) | 4:05CV3264 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's motion to suspend progression order (filing 42) is granted in part and denied in part, as follows:

1. Petitioner is granted a one-month extension, until August 31, 2007, to file a brief on the merits of his habeas claims.

2. In all other respects, Petitioner's motion is denied.

July 25, 2007.                             BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge