IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY R. BENZEL, | ) | 4:05CV3264 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Respondent's second motion for enlargement of time (filing 50) is granted, as follows:

1. Respondent shall have until November 30, 2007, to file a brief in response to Petitioner's brief on the merits (filing 47).

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: "November 30, 2007: Briefing on the merits to be completed."

November 25, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge