IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY R. BENZEL, | ) | 4:05CV3264 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's motion for clarification (filing 53) is granted, as follows:

1. Petitioner shall have 30 days after service of Respondent's brief on the merits to file a reply brief.

2. The Clerk of the court is directed to terminate the pro se case management deadline of November 30, 2007, and to set a new deadline using the following text: "December 31, 2007: approximate date for completion of briefing."

December 3, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge