# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY R. BENZEL, ) | Case No: 4:05CV3264 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| ROBERT HOUSTON, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing No. 23, be returned to the Nebraska Attorney General's Office, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

February 9, 2009.          BY THE COURT

                           s/ *Richard G. Kopf*
                           United States District Judge